# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CANTLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RADIANCY, INC, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01649 LJO JLT<br><br>ORDER RE: BRIEFING SCHEDULE RELATED TO WHETHER THE MATTER SHOULD BE STAYED, TRANSFERRED OR DISMISSED |

In their joint scheduling conference statement, counsel reported disagreement whether another case, Mouzon, et al., v. Radiancy, Inc., et al., case number 1:15-cv-1142 CKK, proceeding in the District of Columbia provides reason for the current matter to be stayed.  (Doc. 19)  The parties disagree that the matters involve substantially similar parties or substantially similar issues. Id. at 2-5. They agree that the current iteration of the Mouzon matter was filed after this current matter but disagree whether its predecessor was filed before the Cantley matter.  Rather than risk the waste of limited judicial resources, the Court will require the parties to brief the matter as to whether the instant matter should be stayed, dismissed or transferred to the District of Columbia.  Thus, the Court **ORDERS**:

　　1.　　**No later than March 11, 2016**, Defendants **SHALL** file their motion to stay, dismiss or transfer the matter;

　　2.　　**No later than April 8, 2016**, Plaintiff **SHALL** file her opposition to the motion;

1

3. **No later than April 22, 2016**, Defendants may file an optional reply brief;

4. The hearing on the motion for is set on **May 9, 2016**, at 9:00 a.m. Appearances via CourtCall are authorized;

5. Neither the motion nor the opposition **SHALL** exceed 30 pages, excluding evidence and evidentiary objections, unless the Court grants leave prior to the filing of the pertinent. Requests for leave after the filing will be disregarded and all pages over 30 pages will not be considered. The reply, if any, **SHALL NOT** exceed 15 pages, excluding evidentiary objections.

Any objections to the evidence **SHALL** be filed at the same time as the opposition (for Defendant) and the reply (for Plaintiff). A hard copy of all filings **SHALL** be sent via overnight mail to the Chambers of Judge Thurston at the United States Courthouse, 510 19th Street Suite 200, Bakersfield, CA 93301, at the same time the filing is submitted. All of the evidence in the hard copy **SHALL** be numbered, tabbed and indexed;

6. Discovery in the matter is **STAYED** pending a further scheduling conference on **May 20, 2016** at 9:00 a.m. Telephonic appearances via CourtCall are authorized. An updated joint scheduling conference statement **SHALL** be filed no later than **May 16, 2016**.

IT IS SO ORDERED.

Dated:   **February 16, 2016**         **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE